Jeffrey A. Meyers, Attorney at Law
State Bar No. 175474
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
(714) 617-5868
jmeyerslaw17@yahoo.com
Attorney for Plaintiff RUBEN GONZALEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

(Southern Division – Santa Ana)

| | |
|---|---|
| RUBEN GONZALEZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HANA AUTO REPAIR, INC., a California corporation; and DYER SANTA ANA ASSOCIATION, LP, a California limited partnership,<br><br>　　Defendants, | Case No.: 8:25−CV−00903 AB (DFMx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

STIPULATION OF DISMISSAL WITH PREJUDICE

1

Plaintiff ROBERT SANCHEZ and Defendants HANA AUTO REPAIR, INC., a California corporation; and DYER SANTA ANA ASSOCIATION, LP, a California limited partnership, through their undersigned counsel, hereby stipulate that the entire action commenced by Plaintiff shall be dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorney's fees and costs..

Dated: September 19, 2025

FOR PLAINTIFF:

_____

Jeffrey A. Meyers, Attorney at Law

FOR DEFENDANTS:

_____

Stephen Edward Abraham, Esq.
Attorney for Defendants
HANA AUTO REPAIR, INC., a California corporation; and
DYER SANTA ANA ASSOCIATION, LP, a California limited partnership